NUMBER 13-01-315-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


STEVEN DUNN , Appellant,


v.



THE STATE OF TEXAS , Appellee.

___________________________________________________________________


On appeal from the 156th District Court

of Bee County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam



Appellant, STEVEN DUNN , attempted to perfect an appeal from an order entered by the 156th District Court of Bee
County, Texas, in cause no. B-00-M019-1-PR-B-1 . The clerk's record was received on August 6, 2001 . 

Upon review of the clerk's record, it appeared that the order from this appeal was taken was not a final appealable order.
Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellant was advised
that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed
for want of jurisdiction. Appellant failed to file a response as requested by this Court's notice. 

The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 31st day of August, 2001 .